## No. 17,311.

WALLIN ET AL. *v.* LOOK ET AL.
(274 P. [2d] 982)

Decided October 11, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. BRYANT, PETRIE & WALDECK, for plaintiffs in error.

Mr. THEODORE L. BROOKS, Mr. RALPH E. MILLER, for defendants in error.